UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LaDoris Wilson,

        Plaintiff,

v.

Michael J. Astrue, Commissioner of
Social Security,

        Defendant.

**ORDER**
Civil File No. 10-418 (MJD/AJB)

---

Ethel J. Schaen, Schaen Law Office, Counsel for Plaintiff.

Thomas A. Krause, Thomas A. Krause, P.C., Counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, Counsel for Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated February 11, 2011. [Docket No. 22] Defendant filed objections to the Report and Recommendation. Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record, including all transcripts filed and exhibits submitted to the Court. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated February 11, 2011 [Docket No. 22].

2. Plaintiff's Motion for Summary Judgment [Docket No. 11] is **GRANTED** and the order of the Administrative Law Judge is **REVERSED.**

3. Commissioner's Motion for Summary Judgment [Docket No. 17] is **DENIED**.

4. Judgment is entered in favor of Plaintiff, thereby granting her benefits.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   March 16, 2011                             s/Michael J. Davis
                                                    Michael J. Davis
                                                    Chief Judge
                                                    United States District Court