## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LADORIS WILSON,                                    Civil No. 10-418 (MJD/JSM)

                         Plaintiff,

                                                   **ORDER**

v.

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,

                         Defendant.

Ethel J Schaen, **SCHAEN LAW OFFICE**, 1821 University Avenue, Suite 344 South, St. Paul, MN 55401; Thomas A. Krause, Thomas A. Krause, P.C., 6611 University Avenue, Suite 200, Des Moines, IA 50324, for plaintiff.

Lonnie F. Bryan, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, no objections filed in this matter, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that Wilson be awarded attorney fees in the amount of $4,874.84, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  (Docket No. 28).

Dated:   September 15, 2011

                                        s/ Michael J. Davis
                                        Michael J. Davis
                                        Chief Judge
                                        United States District Court