# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LaDoris Wilson,

               Plaintiff,

**ORDER**

v.                              Civil File No. 10-418 (MJD/AJB)

Michael J. Astrue, Commissioner of
Social Security,

               Defendant.

Ethel J. Schaen, Schaen Law Office, and Thomas A. Krause, Thomas A. Krause, P.C., Counsel for Plaintiff.

Gregory G. Brooker, Assistant United States Attorney, Counsel for Defendant.

The above-entitled matter comes before the Court upon Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b). Plaintiff's attorneys seek a fee of $16,248.00, which is twenty-five percent of the total back benefits that they recovered for Plaintiff. The Government has not objected to this request, and the amount sought by Plaintiff's attorneys is consistent with their fee arrangement with the Plaintiff and also with 42 U.S.C. § 406(b).

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that:

1. Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) is **GRANTED**.

2. Counsel Ethel J. Schaen and Thomas A. Krause are awarded attorney fees in the amount of $16,248.00.

3. Counsel Ethel J. Schaen and Thomas A. Krause will refund to Plaintiff attorney fees in the amount of $4,874.84, which recovered under the Equal Access to Justice Act.

Dated:   January 8, 2012                    s/ Michael J. Davis
                                            Michael J. Davis
                                            Chief Judge
                                            United States District Court